**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF UTAH CENTRAL DIVISION**

| | |
|---|---|
| THOMAS E. PEREZ, SECRETARY OF LABOR, UNITED STATES DEPARTMENT OF LABOR,<br><br>    PETITIONER,<br>v.<br><br>PARAGON CONTRACTORS CORPORATION, BRIAN JESSOP, DALE BARLOW; KEITH DUTSON; VERGEL STEED; and CORPORATION OF THE PRESIDING BISHOP OF THE FUNDAMENTALIST CHURCH OF JESUS CHRIST OF LATTER-DAY SAINTS,<br><br>    RESPONDENTS. | Case No. 2:13cv00281 RJS<br><br><br>**ORDER ADOPTING MAGISTRATE'S REPORT AND RECOMMENDATION TO ENFORCE ADMINISTRATIVE SUBPOENAS AGAINST RESPONDENTS STEED AND CORPORATION OF THE PRESIDING BISHOP OF THE FUNDAMENTALIST CHURCH OF JESUS CHRIST OF LATTER-DAY SAINTS**<br><br><br>The Honorable Robert J. Shelby |

Magistrate Furse held a Show Cause Hearing on November 5, 2013. On November 6, 2013, Magistrate Furse issued a Report and Recommendation to Enforce Administrative Subpoenas Against Respondents Vergel Steed ("Steed") and the Corporation of the Presiding Bishop of the Fundamentalist Church of Jesus Christ of Latter-Day Saints ("the Corporation"). Upon review and consideration of the matters set forth in the Petitioner's pleadings, the Court hereby ADOPTS Magistrate Furse's Report and Recommendation and hereby:

1. Finds that Respondents Steed and the Corporation have failed to show cause why they should not be compelled to comply with Petitioner's subpoenas *ad testificandum* and *duces tecum*;

2. Orders a U.S. Marshall to serve a copy of Magistrate Furse's Report and

Recommendation and this Order Adopting the Report and Recommendation on Respondents Steed and the Corporation;

3.      Orders a U.S. Marshall to physically bring Respondent Steed and the Record Custodian or Registered Agent for the Corporation, Nephi Jeffs, to Courtroom Number 477 at the U.S. District Court for the District of Utah Central District, located at 350 S. Main Street, Salt Lake City, UT, to provide testimony related to Wage Hour's investigation, with accessibility to the undersigned should intervention from the Court become necessary, no later than 45 days after the date of this Order.  Bench warrants for the arrest of Respondents Steed and Jeffs to execute this Order are attached hereto;

4.      Orders all costs associated with the involvement of the U.S. Marshall to serve and physically transport Respondent Steed and the Records Custodian or Registered Agent for the Corporation to Salt Lake City for subpoena testimony proceedings to be paid by Respondents Steed and the Corporation;

5.      Orders all costs associated with Petitioner's travel to Salt Lake City, UT on November 5, 2013, for the show cause hearing where Respondents Steed and the Corporation failed to appear, to be paid by Respondents.

DATED this 22nd day of November 2013.


BY THE COURT:


ROBERT J. SHELBY
United States District Judge